UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-1647-DOC (SP) | Date | September 15, 2014 |
|---|---|---|---|
| Title | ELVENIA BRATTON v. MELISSA RAMIREZ, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute

On August 8, 2014, plaintiff Elvenia Bratton, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On August 14, 2014, the court issued an Initial Civil Rights Case Order, advising plaintiff that the court was screening the complaint and that further directions would follow. In paragraph 8 of that same Order, the court also instructed plaintiff that "plaintiff must immediately notify the court (and defendants or defendants' attorneys) of any change in plaintiff's address and the effective date.  If plaintiff fails to keep the court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

It appears plaintiff never received the Initial Civil Rights Case Order.  The court mailed the Initial Civil Rights Case Order to plaintiff at her address of record in Upland, California.  That mailing was returned to the court as undeliverable on September 11, 2014.  Documents the court previously mailed to plaintiff at her address of record – the summons and the Order granting her leave to file the complaint in this case without prepayment of the filing fee – were returned to the court as undeliverable on August 28, 2014.

It therefore appears that plaintiff has failed to follow the court's Order (which she

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-1647-DOC (SP) | Date | September 15, 2014 |
|---|---|---|---|
| Title | ELVENIA BRATTON v. MELISSA RAMIREZ, et al. | | |

presumably never received) to immediately notify the court of a change of address, and also failed to comply with Local Rule 41-6.  Plaintiff's failure to comply with the court's Order, and failure to comply with Local Rule 41-6, renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

      Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **September 29, 2014**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  Plaintiff is cautioned that her failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.