1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVENIA BRATTON, ) | Case No. ED CV 14-1647-DOC (SP) |
| Plaintiff, ) | |
| ) | **ORDER ACCEPTING FINDINGS AND** |
| v. ) | **RECOMMENDATION OF UNITED** |
| ) | **STATES MAGISTRATE JUDGE** |
| ONTARIO POLICE ) | |
| DEPARTMENT, et al., ) | |
| Defendants. ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has not filed any written Objections to the Report within the time permitted.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered dismissing the First Amended Complaint and this action without prejudice.

DATED:   December 7, 2015

David O. Carter
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE