JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ELVENIA BRATTON,                          ) Case No. ED CV 14-1647-DOC (SP)
                                          )
                    Plaintiff,            )
                                          )
              v.                          )         **JUDGMENT**
                                          )
ONTARIO POLICE                            )
DEPARTMENT, et al.,                       )
                                          )
                    Defendants.           )
_____          )

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: __December 7, 2015__

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE